1 | GUTRIDE SAFIER LLP
2 | ADAM J. GUTRIDE (State Bar No. 181446)
  | SETH A. SAFIER (State Bar No. 197427)
3 | MARIE A. MCCRARY (State Bar No. 262670)
  | 835 Douglass Street
4 | San Francisco, California 94114
  | Telephone: (415) 639-9090
5 | Facsimile: (415) 449-6469

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

ENRICO MORETTI, individually and on behalf of Class Members,

　　　　Plaintiffs,

　　v.

THE HERTZ CORPORATION; HERTZ GLOBAL HOLDINGS, INC.; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.; HOTWIRE, INC.; and DOES 1 THROUGH 25,

　　　　Defendants.

Case No. CV 13 2972

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**

IT IS SO ORDERED AS MODIFIED

The parties to this action have conferred and reached agreement, subject to the approval of the Court, to extend the briefing schedule for the currently pending motions to dismiss (Dkt.## 15, 17). In support of this stipulation, the parties recite and agree as follows:

WHEREAS on May 24, 2013, plaintiff Enrico Moretti ("Plaintiff") filed this putative class action in California state court (San Francisco county);

WHEREAS on June 28, 2013, defendants The Hertz Corporation, Hertz Global Holdings, Inc. (collectively "Hertz"), and Dollar Thrifty Automotive Group ("DTAG") removed the action to this Court pursuant to the Class Action Fairness Act, 28 U.S.C. §§ 1332(d) & 1453;

WHEREAS on July 3, 2013, Plaintiff, Hertz, and DTAG stipulated to extend the answer date and to set an agreed to briefing schedule on the forthcoming motions to dismiss (Dkt.# 11);

WHEREAS on July 3, 2013, this Court signed the parties' stipulation, and set the following briefing schedule for motions to dismiss:

(1) The date on which defendants shall answer or otherwise plead is extended until August 5, 2013;

(2) If any defendant files a motion to dismiss on the answer date, plaintiff shall have until August 26, 2013 to file a response to that motion;

(3) Defendant(s) shall have until September 6, 2013 to file a reply in support of the motion(s) to dismiss; and

(4) The hearing on any motion to dismiss, should one be filed, shall be on September 27, 2013.

(Dkt.# 12.)

WHEREAS on August 5, 2013, Defendant Hotwire, Inc. ("Hotwire") filed a motion to dismiss (Dkt.# 15);

WHEREAS Hertz and DTAG filed a joint motion to dismiss the same day (Dkt.# 17);

WHEREAS Defendants have agreed to provide Plaintiff with additional time to respond to their motions to dismiss (Dkt.## 15, 17);

WHEREAS the parties urge the Court to accept their stipulated schedule as the product of the parties' agreement and in the belief that it will lessen the burden on the Court;

IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval:

(1) Plaintiff shall have until September 16, 2013 to file a response to Defendants' motions to compel (Dkt.## 15, 17);

(2) Defendants shall have until September 26, 2013 to file a reply in support of their motion to dismiss; and

(3) The hearing on the motions to dismiss shall be on October 10, 2013 or on any date thereafter that the Court deems appropriate and convenient.

STIPULATED AND AGREED:

Dated: August 23, 2013    PLAINTIFF ENRICO MORETTI

By: */s/ Seth Safier*
    Seth Safier
    Adam Gutride
    Marie A. McCrary
    GUTRIDE SAFIER LLP
    835 Douglass Street
    San Francisco, California 94114
    Telephone: (415) 529-4995

Dated: August 23, 2013    THE HERTZ CORPORATION, HERTZ GLOBAL HOLDINGS, INC., AND DOLLAR THRIFTY AUTOMOTIVE GROUP

By: */s/Jeffrey A. Koppy*
    Kenneth E. Keller (SBN 71450)
    Tracy M. Clements (SBN 184150)
    KELLER, SLOAN, ROMAN & HOLLAND LLP
    555 Montgomery Street, 17th Floor
    San Francisco, California 94111
    Telephone: (415) 249-8330
    Facsimile: (415) 249-8333

    Ross B. Bricker (admitted *pro hac vice*)
    Jeffrey A. Koppy (admitted *pro hac vice*)
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, Illinois 60654-3456

|   |   |
|---|---|
|   | Telephone: (312) 222-9350 |
|   | Facsimile: (312) 840-7711 |

Dated August 23, 2013                    HOTWIRE, INC.

By:   */s/Rodney Strickland*
      Rodney G. Strickland, Jr.
      WILSON SONSINI GOODRICH & ROSATI
      650 Page Mill Road
      Palo Alto, California 94304
      Telephone: (650) 320-4857

## **ORDER**

The parties having stipulated and good cause appearing, the Court adopts the parties' stipulated agreement and resets deadlines as follows:

(1) Plaintiff shall have until September 16, 2013 to file a response to Defendants' motions to compel (Dkt.## 15, 17);

(2) Defendants shall have until September 26, 2013 to file a reply in support of their motions to dismiss; and

(3) The hearing on Defendants' motions to dismiss (Dkt.# 15, 17) shall be on October 11, 2013.

**IT IS SO ORDERED.**

Dated:   08/23/2013                                      
                                                   Hon. Samuel Conti, U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Samuel Conti*